# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2458
Lower Tribunal No. 2021-DR-003230

_____

JERSON IMMER VELAZQUEZ ORDONEZ,

Appellant,

v.

JAMES ROBERT CUNNINGHAM,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn D. Swift, Judge.

May 20, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Jerson Immer Velazquez Ordonez, Oakland Park, pro se.

Thomas D. Shanahan, of Thomas D. Shanahan, P.C., Wilton Manors, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED